IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAY ALAN BOVINETT, t/a ALAN BOVINETT, Plaintiff, -vs- HOMEADVISOR, INC., *et al.,* Defendants. | ) ) ) ) ) ) ) ) ) ) ) | No. 17-cv-06229 Dist. Judge H. Leinenweber |
| HOMEADVISOR, INC., Third-Party Plaintiff, -vs- JULIE TALLARIDA, and PLANET EARTH AGENCY, LLC, Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) | |

## **MOTION TO WITHDRAW AS COUNSEL**

Come Now Plaintiff's counsel, Mark H. Barinholtz, Mark H. Barinholtz, P.C., and, Melinda H. Schramm, Attorney-at-Law, and bring this Motion to Withdraw as attorneys of record for Plaintiff, Ray Alan Bovinett, and in support thereof respectfully state as follows:

1. Plaintiff's counsel are unable to gain Plaintiff's cooperation in the instant case. Plaintiff insists upon taking actions with which his lawyers have a fundamental disagreement, and thus make it unreasonably difficult for the lawyers to carry out the employment effectively.

2. Such circumstances have led to an erosion of the trust and cooperation necessary for the attorney-client relationship, which in turn have led to a material breakdown in such attorney-client relationship.

1

3. Additionally, after reasonable warning and notice to do so, the Plaintiff has failed to fulfill significant, material obligations regarding the lawyer's and related services, to the extent that continuing the representation will result in an unreasonable financial burden on counsel.

4. There is no trial date set, there are no other deadlines presently set, and Plaintiff's current counsel will be available to cooperate with Plaintiff's successor counsel.

5. Attached to this Motion is a completed Local Rule 83.17 Notification of Party Contact Information Form.

WHEREFORE, said attorneys pray for the entry of an Order allowing them leave to withdraw as attorneys of record for Plaintiff.

DATED: April __9 th__, 2019

Respectfully submitted,

Attorneys For Plaintiff:

Mark Barinholtz
MARK H. BARINHOLTZ, P.C.
Attorney for Plaintiff
55 West Monroe Street
Suite 3600
Chicago, IL 60603
(312) 977-0121

Melinda H. Schramm
Attorney-at-Law
55 W. Monroe Street
Suite 3600
Chicago, IL 60603
(312) 977-0121

2

06/12/15

# United States District Court
# Northern District of Illinois

## Notification of Party Contact Information

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 17-cv-06229

**Case Title**: Ray Alan Bovinett v. HomeAdvisor, Inc., et al., etc.

**Judge**: Leinenweber

**Name of Attorney submitting the motion to withdraw**:
1. Mark Barinholtz;  2. Melinda H. Schramm

**Name of Client**:
Ray Alan Bovinett, Plaintiff

**Mailing address of Client**: 7227 Watsons Parish Drive

**City**: O'Fallon                **State**: Missouri

**Zip**: 63368-8151            **Telephone Number**: (310) 625-9200

I attest that the above information is true and correct to the best of my knowledge.

Signed: /s/ Mark Barinholtz

Date: April 9, 2019